Case No: 02-3456

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

ORDER

**FILED**

AK STEEL CORPORATION

FEB 25 2004

Plaintiff - Appellant

LEONARD GREEN, Clerk

v.

UNITED STEELWORKERS OF AMERICA; AMERICAN FEDERATION OF LABOR-CONGRESS OF INDUSTRIAL ORGANIZATIONS; GEORGE F. BECKER; LEO W. GERARD; RICHARD L. TRUMKA; LOCAL 169 UNITED STEELWORKERS OF AMERICA

1:00cv374

Defendants - Appellees

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the stipulation is **GRANTED** and the appeal is dismissed.

ENTERED BY ORDER OF THE COURT

Leonard Green / tre
Leonard Green, Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
Deputy Clerk